**RUTHERFORD v. STATE.**

No. 21520.

Court of Criminal Appeals of Texas.

March 26, 1941.

Cunningham, Lipscomb & Cole, of Bonham, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was convicted in the district court of Fannin County on a charge of driving an automobile while intoxicated.

The record is before us without statement of facts or bills of exception. The procedure appears to be regular and there is nothing presented for our review. The judgment of the trial court is accordingly affirmed.